# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JOANNA BURKE and JOHN BURKE,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-4543 |
| | § | |
| **HOPKINS LAW, PLLC, MARK** | § | |
| **DANIEL HOPKINS and SHELLEY** | § | |
| **LUAN HOPKINS,** | § | |
| | § | |
| *Defendants.* | § | |

### LIST OF ALL PARTIES/ COUNSEL OF RECORD

Pursuant to Local Rule 81 of the Southern District of Texas, Defendants Hopkins Law, PLLC, Mark Daniel Hopkins and Shelley Luan Hopkins ("Defendants") present the following list of all parties and counsel of record in this matter:

**PRO SE PLAINTIFFS**

John Burke
46 Kingwood Greens Drive
Kingwood, Texas 77339
Tel: (281) 812-9591
Fax: (866) 705-5076
alsation123@gmail.com

Joanna Burke
46 Kingwood Greens Drive
Kingwood, Texas 77339
Tel: (281) 812-9591
Fax: (866) 705-5076
kajongwe@gmail.com

**COUNSEL FOR DEFENDANTS**

Mark D. Hopkins, Attorney-in-Charge
State Bar No. 00793975
Southern District ID No. 20322
mark@hopkinslawtexas.com

Shelley L. Hopkins
State Bar No. 24036497
Southern District ID No. 926469
shelley@hopkinslawtexas.com

Hopkins Law, PLLC
3809 Juniper Trace, Suite 101
Austin, Texas 78738
Tel: (512) 600-4320
Fax: (512) 600-4326

*List of Counsel of Record*
H610-1601