UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JOANNA BURKE and JOHN BURKE,** | § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:18-cv-4543 |
| **HOPKINS LAW, PLLC, MARK DANIEL HOPKINS and SHELLEY LUAN HOPKINS,** | § § § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Shelley L. Hopkins of Hopkins Law, PLLC hereby notifies the Court that she is entering an appearance as co-counsel for HOPKINS LAW, PLLC, SHELLEY L. HOPKINS AND MARK D. HOPKINS, Defendants in the above-entitled and numbered cause. Please forward all notices and pleadings to the undersigned counsel to listed below:

HOPKINS LAW, PLLC
3809 Juniper Trace, Suite 101
Austin, Texas 78738
Phone: (512) 600-4320
Facsimile: (512) 600-4326
shelley@hopkinslawtexas.com

**HOPKINS LAW, PLLC**

By: */s/ Shelley L. Hopkins*
Shelley L. Hopkins
State Bar No. 24036497
Southern District ID No. 926469
Mark D. Hopkins, *Attorney in Charge*
State Bar No. 00793975
Southern District ID No. 20322
3809 Juniper Trace, Suite 101
Austin, Texas 78738
(512) 600-4320
(512) 600-4326 Fax

mark@hopkinslawtexas.com
shelley@hopkinslawtexas.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of December 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

**VIA CM/RRR #7015 1520 0001 3934 1781**
John Burke
46 Kingwood Greens Drive
Kingwood, Texas 77339

**VIA CM/RRR #7015 1520 0001 3934 1798**
Joanna Burke
46 Kingwood Greens Drive
Kingwood, Texas 77339

**PRO SE PLAINTIFFS**

          */s/ Shelley L. Hopkins*
          Shelley L. Hopkins