**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOANNA BURKE and JOHN BURKE,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:18-cv-4543** |
| | § | |
| **HOPKINS LAW, PLLC, MARK DANIEL** | § | |
| **HOPKINS and SHELLEY LUAN** | § | |
| **HOPKINS,** | § | |
| | § | |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANTS' MOTION TO STRIKE
PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES**

On this day, came on to be heard Defendants Hopkins Law, PLLC, Mark Daniel Hopkins and Shelley Luan Hopkins ("Defendants") Motion to Strike Plaintiffs' Designation of Expert Witnesses Designations [Doc. 36]. After consideration of the Motion, all responses and replies thereto, if any, and all other matters properly before the Court, the Court finds that the Motion should be, and hereby is, **GRANTED**.

**IT IS ORDERED** that the designations of Honorable Stephen Wm. Smith, Connie Pfeiffer, Fatima Hassan Ali, Benjamin J. Siegel, Ben M. Harrington, Steve W. Berman, Joanna Burke, John Burke,  Edward L. Kuo, Khilan Pindoria, and Swapan Dubey as experts in this case as set forth in *Plaintiffs' Designation of Expert Witnesses* (Doc. No. 36) is hereby **STRICKEN**, and that Stephen Wm. Smith is hereby **EXCLUDED** from providing any report, opinion, or testimony in this matter in the capacity of an expert.

Signed this_____day of_____, 2019.

_____

UNITED STATES DISTRICT COURT JUDGE