UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Joanna Burke and John Burke, | § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action H-18-4543 |
| Mark Daniel Hopkins, et al., | § § § | |
| Defendants. | § | |

## **ORDER OF ADOPTION**

On February 24, 2020, Magistrate Judge Peter Bray issued a Memorandum and Recommendation (D.E. 65) recommending that the court grant Defendants' motion to dismiss (D.E. 28). The Burkes' objections are denied.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's Memorandum and Order. The court will issue a final judgment.

Signed at Houston, Texas on March  18, 2020.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE